United States District Court
Southern District of Texas
**ENTERED**
April 19, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-17-514-3 |
| CESAR DAVID RINCON GODOY, | § § | |
| DEFENDANT | § § | |

## ORDER IMPOSING MONEY JUDGMENT

Defendant Cesar David Rincon Godoy pleaded guilty to Count One of the Indictment. Count One charges Defendant with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

The United States provided notice to the Defendant in the Indictment that in the event of his conviction of the offense charged in Count One, the United States would, pursuant to Title 18, United States Code, Section 982(a)(1), seek to forfeit all property, real or personal, involved in money laundering offenses or traceable to such property. The United States also provided notice that it might seek a money judgment.

The Defendant agreed that the factual basis of the guilty plea supports the forfeiture of at least $7,033,504.71, and the Defendant agreed to the imposition of a personal money judgment in that amount. The Defendant consented, in accordance

with FED.R.CRIM.P. 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant following the guilty plea.

Having considered the plea agreement, the record and the applicable law, the Court ORDERS:

1.    That Defendant Cesar David Rincon Godoy shall forfeit $7,033,504.71 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the amount of $7,033,504.71.

2.    That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part.

This Order will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the ___19th___ day of April 2018.

THE HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE